The Honorable Theresa L. Fricke

```
_____ FILED _____ LODGED
        _____ RECEIVED
        06/08/2021
    CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>CHUKWUEMEKA ONYEGBULA<br>a/k/a Phillip Carter,<br><br>Defendant. | CASE NO. MJ21-5117<br><br>**ORDER UNSEALING COMPLAINT AND WARRANT FOR LIMITED PURPOSES** |

On June 6, 2021, the Honorable J. Richard Creatura authorized a Complaint and arrest warrant, which the Clerk filed under seal. The government has advised the Court that to date, the defendant is a fugitive and believed to be in Nigeria. For the limited purposes of enabling the government to locate and apprehend the defendant, bring him to the United States, and to further the existing investigation, the seal is ordered lifted. The Complaint and arrest warrant may be disclosed to others within the United States government and foreign officials for these specified purposes.

SO ORDERED this 8th day of June, 2021

*Theresa L. Fricke*
_____
THE HONORABLE THERESA L. FRICKE
United States Magistrate Judge

United States v. ONYEGBULA
Order Unsealing Complaint- 1

UNITED STATES ATTORNEY
700 STEWART STREET
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970