Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington

June 23, 2021

WILLIAM M. McCOOL, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>CHUKWUEMEKA ONYEGBULA,<br>a/k/a Phillip Carter,<br><br>Defendant. | NO. CR21-5214 BHS<br><br>**INDICTMENT** |

The Grand Jury charges that:

### COUNT 1
**(Conspiracy to Commit Wire Fraud)**

**A.  Overview**

1. These charges involve the participation of CHUKWUEMEKA ONYEGBULA, a/k/a Phillip Carter, in a conspiracy to use Americans' stolen personal identifying information (PII) to submit fraudulent claims for benefits intended for American workers and businesses suffering from the economic effects of the COVID-19 pandemic. As described herein, ONYEGBULA, a Nigerian national who is not entitled to collect unemployment benefits in the United States, submitted, and conspired with

Indictment
United States v. Onyegbula - 1

UNITED STATES ATTORNEY
700 STEWART STREET
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

others known and unknown to submit, at least 253 unemployment claims to the Washington Employment Security Department and other state workforce agencies, using the stolen identities of residents of Washington and other states.

2. Similarly, ONYEGBULA and his co-conspirators used stolen PII to submit fraudulent applications to the United States Small Business Administration (SBA) seeking funds authorized under the Economic Injury Disaster Loan (EIDL) program. In multiple instances, ONYEGBULA and his co-conspirators used the same stolen PII—including PII belonging to Washington residents—to submit both unemployment claims and EIDL applications.

3. By this conspiracy, ONYEGBULA and his co-conspirators caused state workforce agencies to pay out federal and other unemployment benefits of at least approximately $300,000 and caused SBA to disburse EIDL proceeds of at least approximately $50,000.

**B. Background**

4. *CARES Act Unemployment Benefits:* On March 27, 2020, the United States enacted into law the Coronavirus Aid, Relief, and Economic Security (CARES) Act. The CARES Act authorized approximately $2 trillion in aid to American workers, families, and businesses to mitigate the economic consequences of the COVID-19 pandemic. The CARES Act funded and authorized each state to administer new unemployment benefits. These benefits include: (1) Federal Pandemic Unemployment Compensation, which provided a benefit of $600 per week per unemployed worker in addition to existing benefits; (2) Pandemic Unemployment Assistance, which extends benefits to self-employed persons, independent contractors, and others; and (3) Pandemic Emergency Unemployment Assistance, which extends benefits for an additional 13 weeks after regular unemployment benefits are exhausted.

5. CARES Act unemployment benefits are funded by the United States government through the Department of Labor and administered at the state level by state

Indictment
United States v. Onyegbula - 2

UNITED STATES ATTORNEY
700 STEWART STREET
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

agencies known as state workforce agencies (SWAs). The Washington Employment Security Department (ESD) is the SWA for the State of Washington. Applicants can apply online for ESD-administered benefits by accessing Washington's SecureAccess Washington (SAW) web identity validation portal and ESD's Unemployment Tax and Benefit (UTAB) online application system.

6. Before submitting an application to ESD, the applicant must establish a SAW account. As part of this process, the applicant must provide the SAW system with an email address. The SAW system then sends, by interstate wire communication originating in Olympia, Washington, an activation email to the email address provided. The user must then click on a link within the email to activate his or her account. This process causes a series of wire transmissions originating at the user's location and terminating in Olympia, Washington.

7. After activating the SAW account, the user may proceed to ESD's UTAB application system. To file a claim, the applicant enters his or her PII, to include name, date of birth, and Social Security number. If ESD confirms that the information matches the PII of a person in ESD's records, ESD will pay out benefits via wire (ACH) transfer to a bank or other financial account identified by the applicant. Other SWAs accept and process claims following similar procedures.

8. ***The Economic Injury Disaster Loan Program***: The Economic Injury Disaster Loan (EIDL) program is administered by the United States Small Business Administration (SBA). EIDL provides low-interest financing to small businesses and non-profit organizations in regions affected by declared disasters. The CARES Act authorized the SBA to provide EIDLs of up to $2 million to eligible small businesses experiencing substantial financial disruption due to the COVID-19 pandemic.

9. A qualifying business applying for an EIDL must submit an application to the SBA and provide information about its operations, such as the number of employees, gross revenues for the 12-month period preceding the disaster, and cost of goods sold in

Indictment
United States v. Onyegbula - 3

UNITED STATES ATTORNEY
700 STEWART STREET
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

the 12-month period preceding the disaster. The applicant must also certify that all of the information in the application is true and correct to the best of the applicant's knowledge.

10. Applicants submit EIDL applications directly to the SBA for processing. SBA directly disburses funds issued under an EIDL to an account identified by the applicant. EIDL funds can be used for payroll expenses, sick leave, production costs, and business obligations, such as debts, rent, and mortgage payments.

11. ***Disaster Declarations:*** CARES Act unemployment benefits and EIDLs related to COVID-19 relief are authorized, transferred, disbursed, and paid in connection with a nationwide emergency declared by Presidential Proclamation 9994 (effective as of March 1, 2020) and a Presidential declaration of a major disaster for the State of Washington concerning the COVID-19 pandemic that was issued on March 22, 2020.

## C. The Conspiracy

12. Beginning at a time unknown, but no later than April 20, 2020, and continuing through at least February 21, 2021, at Olympia, within the Western District of Washington, and elsewhere, CHUKWUEMEKA ONYEGBULA, a/k/a Phillip Carter, and others known and unknown to the Grand Jury, did conspire, confederate and agree, together and with each other, to commit the offense of wire fraud in violation of Title 18, United States Code, Section 1343. That is, CHUKWUEMEKA ONYEGBULA, together with others known and unknown, with intend to defraud, knowingly devised a scheme and artifice to defraud, and to obtain money and property, by means of materially false and fraudulent pretenses, representations, and promises. To execute and attempt to execute the scheme and artifice to defraud, CHUKWUEMEKA ONYEGBULA, together with others known and unknown, knowingly transmitted, and caused to be transmitted, by wire communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds.

13. The object of the conspiracy was to use the stolen PII of residents of the United States to fraudulently obtain federally-funded benefits, namely, pandemic-related

Indictment
United States v. Onyegbula - 4

UNITED STATES ATTORNEY
700 STEWART STREET
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

unemployment benefits administered by SWAs, including ESD, as well as EIDL funds administered by the SBA.

**D.    Manner and Means**

The following conduct was part of the conspiracy:

14.    ONYEGBULA and his co-conspirators unlawfully obtained and possessed the stolen PII, to include names, dates of birth, and Social Security numbers, of residents of Washington and other states.

15.    ONYEGBULA and his co-conspirators created email accounts, including a Google-administered account with the address "phillipcarter002@gmail.com," for the purpose of participating in fraudulent transactions while obscuring their identities.

16.    ONYEGBULA and his co-conspirators, using foreign and interstate wire transmissions, accessed ESD's SAW portal, as well as similar portals of other SWAs, including the SWAs for the states of Arizona, California, Colorado, Illinois, Indiana, Kansas, Massachusetts, Michigan, Minnesota, Missouri, Montana, Nevada, Ohio, Rhode Island, Texas, and Wisconsin.

17.    To establish SAW accounts, ONYEGBULA and his co-conspirators provided the phillipcarter002@gmail.com email address to ESD and other SWAs as the designated email addresses to receive activation emails from the SWAs to activate SAW and other online application accounts. Each time ONYEGBULA or a co-conspirator input this email address into the SAW system, an activation email was sent to the phillipcarter002@gmail.com email account. In the case of emails from ESD, each of these emails was sent via an interstate wire transmission originating from the State Data Center in Olympia, Washington and passing through a Google data center outside the state of Washington.

18.    To prevent ESD and other SWAs from recognizing that the same email account was being used to file multiple claims, ONYEGBULA and his co-conspirators used dozens of variants of the email addresses by placing periods at different locations

Indictment
United States v. Onyegbula - 5

UNITED STATES ATTORNEY
700 STEWART STREET
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

within the email address for each claim. For example, ONYEGBULA and his co-conspirators opened SAW accounts and submitted claims using the variants phil.lip.carter002@gmail.com, p.hillip.carter002@gmail.com, and phillip.carter002@gmail.com. In routing emails to a Gmail account, Google disregards periods within the email address, e.g., "john.doe@gmail.com" is routed to the same account as "johndoe@gmail.com." As a result, Google delivered all of these emails (and any similar "dot variants" of the same address) to the phillipcarter002@gmail.com account. By using variants of the same account, ONYEGBULA and his co-conspirators were able to file multiple claims using the same email account, without ESD or other SWAs detecting that they were doing so.

19. After establishing SAW accounts with ESD, ONYEGBULA and his co-conspirators used the SAW accounts to access ESD's UTAB website. ONYEGBULA and his co-conspirators then filed fraudulent claims for CARES Act unemployment benefits using the stolen PII of Washington residents. ONYEGBULA and his co-conspirators similarly used the stolen PII of residents of other states to submit claims to the SWAs for those respective states using those states' online application systems.

20. ONYEGBULA and his co-conspirators accessed the COVID-19 Economic Injury Disaster Loan (EIDL) page on SBA's website and submitted applications for EIDLs using the stolen PII of residents of Washington and other states. ONYEGBULA and his co-conspirators provided variants of the phillipcarter002@gmail.com account as the contact email address for the claims.

21. ONYEGBULA and his co-conspirators directed that the unemployment benefits and EIDL payments be paid to bank or other financial accounts under the direct or indirect control of ONYEGBULA and his co-conspirators. ONYEGBULA and his co-conspirators then directed that the funds be withdrawn and ultimately transferred to ONYEGBULA and his co-conspirators.

UNITED STATES ATTORNEY
700 STEWART STREET
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

22. The wire fraud that was the object of this conspiracy occurred in relation to, and involved, benefit payments authorized, transmitted, transferred, disbursed, and paid in connection with the presidentially-declared major disaster and emergency described in Paragraph 11 of this Indictment.

All in violation of Title 18, United States Code, Section 1349.

## COUNTS 2-10
### (Wire Fraud)

23. The Grand Jury incorporates by reference Paragraphs 1-22 of this Indictment as if fully set forth herein.

24. Beginning at a time unknown, but no later than April 20, 2020, and continuing through at least February 21, 2021, at Olympia, within the Western District of Washington, and elsewhere, CHUKWUEMEKA ONYEGBULA, a/k/a Phillip Carter, and others known and unknown to the Grand Jury, with intent to defraud, knowingly devised a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, as further described below.

25. The essence of the scheme and artifice to defraud was to use the stolen PII of residents of the United States to fraudulently obtain federally-funded benefits, including pandemic-related unemployment benefits administered by SWAs, including ESD, as well as EIDL funds administered by the SBA.

26. The manner and means of the scheme and artifice to defraud included the conduct set forth in Paragraphs 14 through 21 of Count 1.

27. On or about the dates and times set forth below, at Olympia, within the Western District of Washington and elsewhere, for the purpose of executing and attempting to execute this scheme and artifice to defraud, CHUKWUEMEKA ONYEGBULA, and others known and unknown to the Grand Jury, aiding and abetting each other, did knowingly transmit and cause to be transmitted by wire communication in

Indictment
United States v. Onyegbula - 7

UNITED STATES ATTORNEY
700 STEWART STREET
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

interstate and foreign commerce, writings, signs, signals, pictures and sounds, each transmission of which constitutes a separate count of this Indictment. Each of the following offenses was committed in furtherance of, and was a foreseeable part of, the conspiracy charged in Count 1 of this Indictment.

| Count | Date and Time (PDT) | Wire Transmission |
|---|---|---|
| 2 | 5/12/2020 at 14:14 | Account activation email from the State Data Center in Olympia, Washington to the email account philllipcarter002@gmail.com via a Google server outside of Washington |
| 3 | 5/16/2020 at 14:55 | Account activation email from the State Data Center in Olympia, Washington to the email account philllipcarter002@gmail.com via a Google server outside of Washington |
| 4 | 5/16/2020 at 15:57 | Account activation email from the State Data Center in Olympia, Washington to the email account philllipcarter002@gmail.com via a Google server outside of Washington |
| 5 | 5/17/2020 at 00:17 | Account activation email from the State Data Center in Olympia, Washington to the email account philllipcarter002@gmail.com via a Google server outside of Washington |
| 6 | 5/17/2020 at 00:56 | Account activation email from the State Data Center in Olympia, Washington to the email account philllipcarter002@gmail.com via a Google server outside of Washington |
| 7 | 5/17/2020 at 01:10 | Account activation email from the State Data Center in Olympia, Washington to the email account philllipcarter002@gmail.com via a Google server outside of Washington |
| 8 | 5/17/2020 at 01:22 | Account activation email from the State Data Center in Olympia, Washington to the email account philllipcarter002@gmail.com via a Google server outside of Washington |
| 9 | 5/17/2020 at 01:57 | Account activation email from the State Data Center in Olympia, Washington to the email account philllipcarter002@gmail.com via a Google server outside of Washington |
| 10 | 5/17/2020 at 03:21 | Account activation email from the State Data Center in Olympia, Washington to the email account philllipcarter002@gmail.com via a Google server outside of Washington |

The Grand Jury further alleges that each of these violations occurred in relation to, and involved, benefit payments authorized, transmitted, transferred, disbursed, and paid

Indictment
United States v. Onyegbula - 8

UNITED STATES ATTORNEY
700 STEWART STREET
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

in connection with a presidentially-declared major disaster and emergency.

All in violation of Title 18, United States Code, Sections 1343 and 2.

## COUNTS 11-15
### (Aggravated Identity Theft)

28. Paragraphs 1 through 27 of Counts 1-10 are realleged and incorporated as if fully set forth herein.

29. On or about the dates set forth below, at Olympia, within the Western District of Washington, and elsewhere, CHUKWUEMEKA ONYEGBULA, a/k/a Phillip Carter, knowingly transferred, possessed, and used, without lawful authority, means of identification of other persons, and did aid and abet the same, in that ONYEGBULA submitted claims to the Washington Employment Security Department using the names, dates of birth, and Social Security numbers, of the persons with the initials listed below, during and in relation to a felony listed in Title 18, United States Code, Section 1028A(c), to wit, conspiracy to commit wire fraud in violation of Title 18, United States Code, Section 1349, and wire fraud in violation of Title 18, United States Code, Section 1343.

| Count | Date | Initials of Victim |
|---|---|---|
| 11 | May 13, 2020 | N.L. |
| 12 | May 13, 2020 | C.E. |
| 13 | May 14, 2020 | A.A. |
| 14 | May 14, 2020 | S.H. |
| 15 | May 14, 2020 | S.M |

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

//

//

UNITED STATES ATTORNEY
700 STEWART STREET
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# **FORFEITURE ALLEGATION**

The allegations contained in Counts 1–10 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of any of the offenses alleged in Counts 1–10 of this Indictment, the defendant, CHUKWUEMEKA ONYEGBULA, a/k/a Phillip Carter, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), by way of Title 28, United States Code, Section 2461(c), any property that constitutes or is traceable to proceeds of the offense. This property includes, but is not limited to, a sum of money reflecting the proceeds the defendant obtained from the offense.

**Substitute Assets.** If any of the property described above, as a result of any act or omission of the defendant:

      a. cannot be located upon the exercise of due diligence;
      b. has been transferred or sold to, or deposited with, a third party;
      c. has been placed beyond the jurisdiction of the court;
      d. has been substantially diminished in value; or,
      e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek the forfeiture of any other property of the

//
//

United States v. Onyegbula - 10

UNITED STATES ATTORNEY
700 STEWART STREET
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: 6/23/2021

*[Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States]*

_____
FOREPERSON

_____
TESSA M. GORMAN
Acting United States Attorney

_____
ANDREW C. FRIEDMAN
Assistant United States Attorney

_____
CINDY CHANG
Assistant United States Attorney

_____
SETH WILKINSON
Assistant United States Attorney

Indictment
United States v. Onyegbula - 11